IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MICHAEL DRUMM, | No. CIV S-05-1325-GEB-CMK |
| Plaintiff, | |
| vs. | ORDER |
| THE HARTFORD INSURANCE COMPANY OF THE MIDWEST, | |
| Defendant. | |
| _____/ | |

      Pending before the court is defendant's motion for modification of the scheduling order in this case. Good cause appearing therefor, the motion will be granted.

      Accordingly, IT IS HEREBY ORDERED that:

      1.    Discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by May 9, 2006;

      2.    All other pre-trial motions, including dispositive motions, shall be noticed to be heard by July 13, 2006; and

/ / /

/ / /

1  3. The pre-trial conference, currently set for March 13, 2006, at 2:30 p.m. in
2  courtroom 10, and jury trial, currently set for May 16, 2006, at 9:00 a.m. in courtroom 10, are
3  vacated and will be re-scheduled, if necessary, following resolution of the pending motion for
4  summary judgment.

6  DATED: January 4, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE