**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

JAMES MICHAEL DRUMM,                    No. CIV S-05-1325-GEB-CMK

      Plaintiff,

    vs.                                                      ORDER

THE HARTFORD INSURANCE
COMPANY OF THE MIDWEST,

      Defendant.

_____/

        Plaintiff, who is proceeding pro se, brings this civil action which was removed to this court from the Superior Court of the State of California.  Pending before the court is defendant's motion for summary judgment, filed on November 22, 2005, and currently set for hearing before the undersigned on January 17, 2006, at 10:00 a.m. in Redding, California.  The time for plaintiff to file a response to defendant's motion has expired, see Local Rule 78-230(c), and plaintiff has not filed any response.  Therefore, plaintiff is not entitled to be heard in opposition to the motion at oral argument.  See id.  Moreover, the court finds that this matter is appropriate for submission on the papers currently on file without oral argument.  See Local Rule 78-230(h).

1

1    Accordingly, IT IS HEREBY ORDERED that the January 17, 2006, hearing date

2  is vacated and defendant's motion for summary judgment stands submitted on the briefs

3  currently on file without oral argument.

4

5  DATED:   January 11, 2006.

6

7                                          _____
                                           **CRAIG M. KELLISON**
8                                          UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26