IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MICHAEL DRUMM, | No. CIV S-05-1325-GEB-CMK |
| Plaintiff, | |
| vs. | ORDER |
| THE HARTFORD INSURANCE COMPANY OF THE MIDWEST, | |
| Defendant. | |
| _____/ | |

       Plaintiff, who is proceeding pro se, brings this civil action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

       On February 10, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. Plaintiff has not filed objections to the findings and recommendations.

       The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/ / /

1  Accordingly, IT IS HEREBY ORDERED that:

2      1.    The findings and recommendations filed February 10, 2006, are adopted in full;

4      2.    Plaintiff's motion for voluntary dismissal is granted;

5      3.    This action is dismissed;

6      4.    All other pending motions are denied as moot; and

7      5.    The Clerk of the Court is directed to enter judgment and close this file.

Dated: March 7, 2006

```
                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```